**Order entered April 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00208-CV

**DALLAS AREA RAPID TRANSIT AND NANCY K. JOHNSON, Appellant**

**V.**

**AMALGAMATED TRANSIT UNION LOCAL NO. 1338, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC13-05156**

## ORDER

We **GRANT** agreed motion for extension of mediation deadline filed on April 22, 2014.

The deadline for mediation is June 3, 2014.

/s/     ELIZABETH LANG-MIERS
        JUSTICE